IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**James R. Graddic, Jr.** :
:
       **Plaintiff,** :
:
**v.** : Case No. 2:19-cv-3413
:
**Megan J. Brennan,** *et al.*, :
: **JUDGE SARAH D. MORRISON**
: **Magistrate Judge Preston Deavers**

# ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on **February 13, 2020**. (ECF No. 17). In that filing, the Magistrate Judge recommended that Plaintiff James Graddic's action be dismissed without prejudice for failure to timely effect service of process pursuant to Federal Rule of Civil Procedure 4(m). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 17) and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                      /s/ Sarah D. Morrison
                                     **SARAH D. MORRISON**
                                       **UNITED STATES DISTRICT JUDGE**