IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James R. Graddic,

  Plaintiff, : Case No. 2:19-cv-3413

  -vs-                          Judge Sarah D. Morrison
                               Chief Magistrate Judge Preston Deavers

Megan J. Brennan, *et al*.,
                                         :

  Defendants.

**ORDER**

    This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on August 20, 2020. (ECF No. 37). In that filing, the Magistrate Judge recommended that Plaintiff James Graddic's entire action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 37) and **DISMISSES WITHOUT PREJUDICE** Plaintiff James Graddic's Complaint in full.

    **IT IS SO ORDERED.**

                                           /s/ Sarah D. Morrison
                                           **SARAH D. MORRISON**
                                           **UNITED STATES DISTRICT JUDGE**